BENJAMIN B. WAGNER
United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
United States Attorney's Office
Eastern District of California
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2738

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR. S-00-238 FCD |
| Plaintiff, | UNITED STATES' MOTION TO DISMISS INDICTMENT; **ORDER** |
| v. | |
| GEVORG OULUBIAN, | |
| Defendant. | |

## M O T I O N

Plaintiff, the United States of America, by and through the United States Attorney, Benjamin B. Wagner, hereby moves pursuant to Federal Rule of Criminal Procedure 48(a), to dismiss the indictment against defendant in the interests of justice.

Dated: February 8, 2011            Respectfully submitted,

                                   BENJAMIN B. WAGNER
                                   United States Attorney

                              By:  /s/ Tice-Raskin
                                   S. ROBERT TICE-RASKIN
                                   Assistant U.S. Attorney

1

**O R D E R**

Based upon the motion of the United States, it is hereby ordered that, pursuant to Federal Rule of Criminal Procedure 48(a), the charges against the defendant are dismissed.

IT IS SO ORDERED.

Dated: February 8, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE